THE STATE EX REL. WILLIAMS, APPELLANT,
*v.* BESSEY, JUDGE, ET AL., APPELLEES.

[Cite as *State ex rel. Williams v. Bessey,*
**125 Ohio St.3d 447, 2010-Ohio-2113.**]

(No. 2009–2295—Submitted May 12, 2010—Decided May 19, 2010.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the mandamus action filed by appellant, Alan Williams. In the absence of a patent and unambiguous lack of jurisdiction on the part of the judge to whom a case was allegedly transferred, Williams has an adequate remedy by appeal to challenge the transfer of the case to the judge. See *State ex rel. Carr v. McDonnell,* 124 Ohio St.3d 62, 2009-Ohio-6165, 918 N.E.2d 1004; *State ex rel. Key v. Spicer* (2001), 91 Ohio St.3d 469, 469, 746 N.E.2d 1119 ("a claim of improper assignment of a judge can generally be adequately raised by way of appeal"). Williams did

not allege sufficient facts to indicate any jurisdictional defect, much less a patent and unambiguous one. We also deny Williams's motion for oral argument.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Alan Williams, pro se.

Ron O'Brien, Franklin County Prosecuting Attorney, and Paul Thies, Assistant Prosecuting Attorney, for appellees.